IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                              Chapter 13

Juanetta Banks                                      No.   11-24094

        Debtor                                  Hon.  Pamela S. Hollis

### NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on March 25, 2015, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

                                            _____/s/ Ross Brand_____

### Certificate of Service

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Nathan E. Curtis and Marilyn O. Marshall on March 25, 2015.

                                            /s/ Ross Brand_____
                                            Ross Brand, ARDC#6914886
                                            Kluever & Platt, LLC
                                            65 E. Wacker Place, Ste. 2300,
                                            Chicago, IL 60601
                                            312-236-0077

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Juanetta Banks
20 N. Mayfield Ave
Chicago, IL 60644

Marilyn O. Marshall
224 South Michigan Ste 800
Chicago, IL 60604

Nathan E. Curtis
Geraci Law L.L.C., 55 E. Monroe St.
#3400
Chicago, IL 60603